**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Calvin Shedrick, Appellant.

Appellate Case No. 2010-153947

———————————

Appeal From Beaufort County
J. Ernest Kinard, Jr., Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-499
Submitted August 1, 2012 – Filed August 29, 2012

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Susan B. Hackett and Appellate Defender Tristan M. Shaffer, both of Columbia, for Appellant.

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Isaac McDuffie Stone, III, of Beaufort, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.